```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>RANEL ADALBERTO LOPEZ ALVAREZ<br><br>       DEBTOR (S) | CASE NO. 08-04224-BKT<br><br>CHAPTER 13 |

                TRUSTEE'S REPORT REGARDING THE STATUS
                     OF CHAPTER 13 PLAN PAYMENTS

TO THE HONORABLE COURT:

   José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, very respectfully alleges and prays:

   1. The Trustee hereby provides a report regarding the status of the Chapter 13 Plan payments in this case.

   2. As of March 09, 2011 our record of payments received in this case reflects the following:

      - Total Paid in:          $16,509.62
      - Balance on Hand:        $3,009.62
      - Last Payment date:      March 02, 2011
      - Last Payment Amount:    $161.54
      - Amount in Default:      $290.38

   3. If debtor(s) have paid an amount greater than the amount stated above, then please provide the Office of the Chapter 13 Trustee with evidence of the payments totaling a different amount.

   WHEREFORE, the Chapter 13 Trustee respectfully prays that this information provided herein be taken in consideration in the pertinent proceedings before this Honorable Court.

   I HEREBY CERTIFY that on this date I notified a true copy of this document to the Debtor(s) to her/his/their address of record by first-class mail, and by electronic means (CM/ECF System) to her/his/their attorney of record.

   In San Juan, Puerto Rico this Wednesday, March 9, 2011.

                                          /s/ Mayra Arguelles
                                          Staff Attorney
                                          JOSE R. CARRION
                                          CHAPTER 13 TRUSTEE
                                          P.O. Box 9023884,
                                          San Juan, P.R. 00902-3884
                                          Tel (787) 977-3535
                                          FAX (787) 977-3550